IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUST FUNERAL HOME, an Illinois corporation, | |
| Plaintiff, | Case No. _____ |
| v. | Cook County Case No.: 2022 CH 008766 |
| FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, | |
| Defendant. | |

## NOTICE OF REMOVAL

Defendant, FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED"), by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby removes the above-captioned matter from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §§1332, 1441 and 1446 (2018). In support of removal, FEDERATED states as follows:

1. On or about September 2, 2022, Plaintiff, Brust Funeral Home filed a Complaint in the Circuit Court of Cook County, State of Illinois seeking damages against FEDERATED under an insurance policy. The lawsuit is captioned and numbered *Brust Funeral Home v. Federated Mutual Insurance Company*, Case No. 2022 CH 008766. A true and correct copy of the Complaint and filings in the matter are attached hereto as **Exhibit A**.

2. Plaintiff's Complaint seeks a declaratory judgment that FEDERATED owes the amount of its claimed damages under an insurance policy and also alleges that FEDERATED breached the insurance policy by failing to pay its claim. Complaint, **Exhibit A**, Counts I and II.

4859-4924-1141.1

3. Plaintiff alleges in its Complaint that it is an Illinois corporation located in Carol Stream, Illinois. (Complaint, Exhibit A, ¶1).

4. FEDERATED is a corporation incorporated under the laws of the State of Minnesota with its principal place of business in the State of Minnesota. Complaint, Exhibit A, ¶2.

5. Plaintiff seeks damages totaling $369,177.84. Complaint, Exhibit A, ¶¶21-23.

6. Pursuant to 28 U.S.C. § 1441(a), true and correct copies of all process, pleadings, orders and other documents filed in the state court action are attached as **Exhibit A**.

7. Section 1446(b)(1) requires a notice of removal to be filed within thirty days of the service of a complaint upon the defendant.

8. Plaintiff's Complaint was filed on or about September 2, 2022. *See* **Exhibit A** at p. 1.

9. Although FEDERATED received copies of a summons and complaint by regular U.S.P.S. mail on September 22, 2022, Plaintiff's Complaint does not appear to have been otherwise served on FEDERATED in accordance with the Illinois rules and statutes.

10. The removal statute does not "require defendants to have been served themselves prior to removing a case to federal court." *See* 28 U.S.C. § 1441; *Delgado v. Shell Oil*, 231 F.3d 165, 177 (5th Cir. 2000) (holding that service of process is not a prerequisite to removal); *Massey v. Cassens & Sons, Inc.*, 2006 U.S. Dist. LEXIS 9675, *5-6 (S.D. Ill. 2006); *See, also, Grandinetti v. Uber Techs., Inc.*, 476 F. Supp. 3d 747, 752-753, 2020 U.S. Dist. LEXIS 136827, *8-9 (N.D. Ill. 2020).

11. Accordingly, FEDERATED's Notice of Removal is timely. *See id.*

12. This notice will be served on Plaintiff and filed with the Circuit Court of Cook County pursuant to 28 U.S.C. §1446(d) contemporaneous with the filing of this notice with this Court.

WHEREFORE, Defendant, FEDERATED MUTUAL INSURANCE COMPANY removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Dated: September 30, 2022

        FEDERATED MUTUAL INSURANCE
        COMPANY, Defendant

        s/ Zacarias Chacon
        Zacarias Chacon
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        550 W. Adams St., Suite 300
        Chicago, IL 60661
        312.345.1718
        312.345.1778 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2022, I served a true and correct copy of the foregoing NOTICE OF REMOVAL upon the following by email and by first class United States Mail, postage prepaid:

Mark Le Fevour(mll@mllalaw.com)
ML LeFevour and Associates
1333 Burr Ridge Parkway, Suite 200
Burr Ridge, IL 60527

                                          s/ Mary Fuentes
                                             Mary Fuentes